UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BURTON CHRISTIAN,**

      **Plaintiff,**

                                  CASE NO.:  6:15-CV-01580-CEM-GJK

**vs.**

**KLEEN SWEEP, INC., a Florida
Profit Corporation,**

      **Defendant.**

_____/

## JOINT NOTICE OF NON-OBJECTION TO THE
## REPORT AND RECOMMENDATION OF DECEMBER 18, 2015

      Plaintiff, BURTON CHRISTIAN and Defendant, KLEEN SWEEP, INC., by and through their respective undersigned counsel, jointly notify this Court of their non-objection to the Report and Recommendation entered on December 18, 2015.  (Doc. 15).

Dated:  December 21, 2015                Respectfully submitted,

| | |
|---|---|
| _/s/ Kimberly De Arcangelis_ | _/s/ Charles R. Fawsett_ |
| Kimberly De Arcangelis | Charles R. Fawsett, Esq. |
| FL Bar # 0025871 | Bar No.:  23846 |
| MORGAN & MORGAN, P.A. | SHUTTS & BOWEN LLP |
| 20 N. Orange Avenue, 14th Floor | 300 South Orange Avenue, Suite 1000 |
| P.O. Box 4979 | Orlando, Florida 32801 |
| Orlando, FL 32802-4979 | Tel.: (407) 423-3200 |
| Telephone:     (407) 420-1414 | Fax: (407) 425-8316 |
| Facsimile:     (407) 245-3383 | Email: cfawsett@shutts.com |
| Email: kimd@forthepeople.com | Attorneys for Defendant |
| Attorneys for Plaintiff | |